IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                    Nos. 2:07-CR-20028-001; 2:07-CR-20061-001

ERNEST GAIL LAIL                                                                              DEFENDANT

**<u>ORDER</u>**

The Court has received a report and recommendations (Doc. 48 in Case No. 07-20028-001 and Doc. 19 in Case No. 07-20061-001) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court deny Defendant's motions to vacate. The Court has conducted careful review of this case. There is a typographical error in the report and recommendation's citations to pending motions filed on the docket in each case, but this error does not affect the substance of the Magistrate's recommendation. The report and recommendations are otherwise proper, contain no clear error, and are ADOPTED IN THEIR ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's motion to vacate (Doc. 37 in Case No. 07-20028-001 as amended and supplemented Doc. 43) is DENIED and that Defendant's motion to vacate (Doc. 8 in Case No. 07-20061-001 as amended and supplemented by Doc. 13) is DENIED. No certificate of appealability shall issue.

IT IS SO ORDERED this 13th day of February, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE